UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                   Jane K. Castro
Clerk of Court                                                      Chief Deputy Clerk

May 02, 2025

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**      **22-1412, United States v. Farris**
             Dist/Ag docket: 1:22-CR-00149-RM-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's April 10, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

                                                                 Sincerely,

                                                                 Christopher M. Wolpert
                                                                 Clerk of Court

cc:      Elizabeth Ford Milani
            Leah Deborah Yaffe

CMW/sds