UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff-Appellee,<br><br>v.<br><br>MAURICE FARRIS,<br>        Defendant-Appellant. | Case No. 22-1412<br><br>District of Colorado<br>1:22-cr-00149-RM |

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME
TO FILE OPENING BRIEF**

Appellant Maurice Farris, through counsel, respectfully moves for a 30-day extension of time, up to and including April 24, 2023, to file his opening brief in this case. In support of this request, counsel states:

1. Mr. Farris's opening brief is currently due on March 23, 2023.

2. This is Mr. Farris's second request for an extension of time to file the opening brief in this case.

3. More time is needed to confer with Mr. Farris, review the record, and prepare the opening brief.

4. Counsel is responsible for handling the appeals in the following cases in the near term in this Court: *United States v. Swan*, 22-6132 (awaiting answer brief currently due April 5); *United States v. Hernandez-Quintero*, 22-8074 (awaiting answer brief currently due April 11); *United States v. Borne*, 23-8008 (opening brief currently due April 10); *United States v. Gonzales*, 21-2099 (petition for a

writ of certiorari currently due April 17); *United States v. Cruz-Cruz*, 22-2050 and 22-2051 (oral argument set for May 4); *United States v. Willis*, 23-1058 (awaiting record).

5.   Counsel is also assisting with several district court cases over the next few weeks, including *United States v. Quinones*, 22-cr-295 (District of Colorado); *United States v. Ming*, 22-cr-261 (District of Colorado); *United States v. Aldaco Ponce*, 22-cr-210 (District of Colorado); and *United States v. Martinez-Garcia*, 23-cr-35 (District of Wyoming).

6.   Given their own caseloads, no other attorney in the office is in a better position to file the opening brief in this case by its current due date.

7.   The government does not oppose the relief requested in this motion.

8.   Mr. Farris is currently serving the term of incarceration imposed in this case. His expected release date is approximately January 8, 2025.

*  *  *  *

For these reasons, a 30-day extension of time is respectfully requested to complete and file Mr. Farris's opening brief.

                                        Respectfully submitted,

                                        VIRGINIA L. GRADY
                                        Federal Public Defender

                                        */s/ Leah D. Yaffe*
                                        LEAH D. YAFFE
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, Colorado 80202
                                        Phone: (303) 294-7002
                                        Email Address: Leah_Yaffe@fd.org

## CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g)(1), I certify that this motion is proportionally spaced and contains 311 words. I relied on my word processor to obtain the count, and the information is true and correct to the best of my knowledge.

>  */s/ Leah D. Yaffe*
> LEAH D. YAFFE
> Assistant Federal Public Defender