FILED  
United States Court of Appeals  
Tenth Circuit

April 21, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MAURICE FARRIS,

    Defendant - Appellant.

No. 22-1412  
(D.C. No. 1:22-CR-00149-RM-1)  
(D. Colo.)

———————————————

## ORDER

———————————————

Before **MATHESON** and **BACHARACH**, Circuit Judges.

———————————————

This matter is before the court on Appellant's *Unopposed Motion for Third Extension of Time to File Opening Brief*. Appellant requests a 30-day extension of time to file his opening brief.

The court previously advised that further extensions of time would not be granted absent extraordinary circumstances. Upon consideration, Appellant's third request is granted. Appellant shall file and serve his opening brief on or before May 24, 2023. The court again cautions that further extensions of time will not be granted absent

extraordinary circumstances.

                                              Entered for the Court
                                              CHRISTOPHER M. WOLPERT, Clerk

                                              by: Jane K. Castro
                                                  Chief Deputy Clerk